UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


VICTOR MANUEL DE JESUS-GARCIA,

      Petitioner,

v.                                                          Case No. 26-cv-11430
                                                            HON. MARK A. GOLDSMITH
KEVIN RAYCRAFT et al,

      Defendants.

_____/

## ORDER FOR SUPPLEMENTAL BRIEFING

Petitioner and Defendants must, within seven days of the date of this Order, file a memorandum setting forth the impact on this case, if any, of the Sixth Circuit's decision in Juan Lopez-Campos v. Kevin Raycraft, (6th Cir. Case Nos. 25-1965/1969/1978/1982).

**SO ORDERED.**

Dated: May 15, 2026                          s/Mark A. Goldsmith
Detroit, Michigan                            MARK A. GOLDSMITH
                                             United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 15, 2026.

                                             s/Joseph Heacox
                                             JOSEPH HEACOX
                                             Case Manager